UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Terell Bridges,

                Plaintiff,                    25 Civ. 07923 (KMK)

    -against-

Daniel J. Stephens, M.D.,              CALENDAR NOTICE

                Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for an initial

conference before the Honorable Kenneth M. Karas, United States District Judge, on Friday,

December 19, 2025 at 11:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the
Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall
ensure that the Pro Se party is on the line before calling the above-referenced number. Any
requests for adjournments should be filed as soon as possible and clearly explain why the
conference should be adjourned.

Dated: December 10, 2025
      White Plains, New York

                           So Ordered

                           _____
                           Kenneth M. Karas, U.S.D.J